FRANK BUSTO, Appellant, v. ROCKAWAY PARK ESTATES, INC., and Another, Respondents.— Judgment affirmed, with one bill of costs against the plaintiff. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

JOSEPH BUYNOFSKY, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Mills, Rich and Kelly, JJ., concurred; Jenks, P. J., and Blackmar, J., dissented for the reason that they are of opinion that the defendant did not admit in its pleadings that it was engaged exclusively in interstate commerce, or that the plaintiff ·at the time of the accident was so engaged.

JOSEPH P. CARNEY, Appellant, v. PENN REALTY COMPANY, Respondent.— This case presented to the referee a question of fact only. Upon this question there was conflicting evidence, and the duty of deciding upon this conflict of evidence rested with the referee. There is no such preponderance of evidence in favor of plaintiff as would justify this court in interfering with his decision. The plaintiff had a fair trial, and was given great latitude in the admission of his evidence. There was no material error. Judgment unanimously affirmed, with costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of the PEOPLE'S SURETY COMPANY, etc. CHARLES FREDERICK, Appellant, v. JESSE S. PHILLIPS and Another, as Receivers, etc., Respondents.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

MECHANICS' BANK, BROOKLYN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and orders affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich and Kelly, JJ., concurred; Blackmar, J., not voting.

NATIONAL SURETY COMPANY, Appellant, v. MANHATTAN MORTGAGE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

UNITED STATES TITLE GUARANTY COMPANY, Respondent, v. JACOB M. SIMON, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the grounds that the testimony raised issues for the jury (1) whether the signing of the " card " or contract was upon condition that plaintiff should not go ahead with the search until so notified by defendant; (2) whether Simon's testimony that he had told Mr. Fleury that the contract of sale was going to be signed the next day, and that Simon thought it was safe for Fleury to go ahead, but that if something happened, Simon would notify him to stop, was or was not such an order to proceed with the search, and (3) that under the form of contract the actual damages for its breach (if a breach were found) were also for the jury. Jenks, P. J., Putnam and Blackmar, JJ., concurred; Rich and Kelly, JJ., dissented.

JACOB ZWEIFEL, Individually and as Executor, etc., Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order denying